# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| | : CRIMINAL ACTION NO. |
| AUBREY THOMAS PHILLIPS, JR., | : 1:11-cr-00049-JOF -GGB-1 |
| | : |
| Defendant. | : |

## ORDER

This matter is before the court on Defendant's motion to suppress [35]; the Report and Recommendation of Magistrate Judge Gerrilyn G. Brill [50]; and Defendant's objections thereto [51].

The Report and Recommendation of the Magistrate Judge recommends denying Defendant's motion to suppress and Defendant has made no objection to that particular recommendation. Having read and considered the Report and Recommendation, the court ADOPTS it as the ORDER of this court.

The court notes that at the time the motion to suppress was argued before Magistrate Judge Brill there seems to have been some issue of whether Defendant was to be released prior to trial. In his objections to the Report and Recommendation, Defendant makes some

argument as to this issue. A motion to suppress, however, is not the place to raise matters of pretrial release. If Defendant wishes to contest the conditions set by Magistrate Judge Brill, he should file a separate motion.

**Conclusion**

The court DENIES Defendant's motion to suppress [35]; and ADOPTS the Report and Recommendation of Magistrate Judge Gerrilyn G. Brill [50].

**IT IS SO ORDERED** this 30th day of September, 2011.

                                        /s/ J. Owen Forrester
                                            J. OWEN FORRESTER
                            SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)